<strong><u>UNITED STATES DISTRICT COURT<br>
FOR THE EASTERN DISTRICT OF PENNSYLVANIA</u></strong>

| | |
|---|---|
| UNITED STATES OF AMERICA<br>　　　　　　Plaintiff<br>　　v.<br><br>ROSA M. RIVERA<br>　　　　　　Defendant | Civil Action No:  16-05370 |

<strong><u>NOTICE OF VOLUNTARY DISMISSAL</u></strong>

TO THE CLERK OF COURT:

　　Kindly dismiss the above entitled action pursuant to F.R.C.P. 41(a)(1)(A).

　　　　　　　　　　　　　　　　　　Respectfully submitted,
　　　　　　　　　　　　　　　　　　KML Law Group, P.C.

　　　　　　　　　　　　　　　　　　By: _____
　　　　　　　　　　　　　　　　　　Rebecca A. Solarz, Esq.
　　　　　　　　　　　　　　　　　　KML Law Group, P.C.
　　　　　　　　　　　　　　　　　　701 Market Street, Suite 5000
　　　　　　　　　　　　　　　　　　Philadelphia, PA 19106
　　　　　　　　　　　　　　　　　　rsolarz@kmllawgroup.com